IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-03-387 (2) |
| | § | C.A. No. C-08-327 |
| DELFINO RAMOS, | § | |
|    Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Delfino Ramos' motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

It is so ORDERED this 7th day of August, 2009.

_____
HAYDEN HEAD
CHIEF JUDGE